UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Jonathan James Perez,<br><br>            Defendant. | Criminal No. 14-cr-252 JNE/TNL<br><br>**ARRAIGNMENT ORDER** |

A hearing was held before the undersigned United States Magistrate Judge on August 15, 2014. Defendant was present in court with his attorney, Jean M. Brandl, CJA Appointed Counsel. The government was represented by David Steinkamp, Assistant United States Attorney.

Defendant waived the reading of the indictment and entered a plea of not guilty.

**IT IS HEREBY ORDERED** that:

1. The government shall make all disclosures required by Federal Rule of Criminal Procedure 16 by **August 27, 2014**. In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **August 27, 2014**, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(h).

2. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **September 3, 2014**.

One (1) courtesy copy of all motions and responses shall be delivered directly to the office of Magistrate Judge Leung[1];

      3.      **Counsel shall electronically file a letter on or before September 3, 2014 if no motions will be filed and there is no need for hearing**;

      4.      All responses to motions shall be filed by **September 10, 2014**;

      5.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

            a.      The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

            b.      Oral argument is requested by either party in its motion, objection or response pleadings;

      6.      If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **September 17, 2014**, at **9:30 a.m.**, in **Courtroom 3A**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota;

      7.      All voir dire questions and jury instructions and trial related motions (including motions in limine) shall be submitted to Judge Joan N. Ericksen on or before **October 7, 2014**;

---

[1] U.S. Mail or hand-deliver to 316 N. Robert St., Room 342, Saint Paul, MN 55101.

8. This case shall commence trial on **October 14, 2014**, at **9:30 a.m.** before District Judge Joan N. Ericksen in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

Dated: August 15, 2014

*s/Franklin L. Noel*
FRANKLIN L. NOEL
U.S. Magistrate Judge
