UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-252 (JNE/TNL)

---

United States of America,

    Plaintiff,

v.

Jonathan James Perez,

    Defendant.

STATEMENT OF FACTS IN
IN SUPPORT OF MOTION
TO EXCLUDE TIME UNDER
THE SPEEDY TRIAL ACT

---

Pursuant to 18 U.S. C. section 3161(h)(7)(A), I, Jonathan Perez, the Defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney received some of the discovery in this case on August 29, 2014 and has not had time to review all of it yet because she has to schedule a time to view it with the U.S. Attorney. Mr. Steinkamp and my attorney are currently in negotiations to resolve this case and it would contribute to judicial economy if the motions hearing is delayed two weeks if the case can resolve in that time. It is my understanding that prosecutor David Steinkamp is not opposed to this motion.

Based on the above facts, I request a period of time from now until September 30, 2014 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 8-29-14

*/s/ Jonathan Perez*
Jonathan Perez

1

Dated: August 29, 2014

_____
Jean M. Brandl (#0387260)
Attorney for Defendant
413 Wacouta Street
Suite 430
St. Paul, MN 55101
(651) 330-8508
jean@heltzerhoughtaling.com