UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN JAMES PEREZ,

        Defendant.

Criminal No. 14-252 (JNE/TNL)

UNITED STATES' BILL
OF PARTICULARS FOR
THE FORFEITURE OF PROPERTY

The United States Attorney's Office for the District of Minnesota, by and through Andrew M. Luger, United States Attorney, David P. Steinkamp and Craig R. Baune, Assistant United States Attorneys, submits the following Bill of Particulars pursuant to Federal Rule of Criminal Procedure 32.2(a).

Based on the violations of 18 U.S.C. §§ 2251 (a) and (e) as alleged in Count 1 of the Indictment, the United States seeks forfeiture of a Huawei M865 Cell Phone pursuant to 18 U.S.C. § 2253(a).

Dated: September 26, 2014

                                      ANDREW M. LUGER
                                      United States Attorney

                                      s/ Craig R. Baune

                                      BY: CRAIG R. BAUNE
                                      Assistant U.S. Attorney
                                      Attorney ID No. 331727
                                      600 United States Courthouse
                                      300 South Fourth Street
                                      Minneapolis, MN 55415
                                      Phone: 612-664-5600
                                      Craig.baune@usdoj.gov